# WRIT OF MANDAMUS

## FRANCISCO GOMEZ, Applicant
### v.
### DENISE COLLINS, Judge, 208th District Court of Harris County, Respondent

48,540-04

On the day of (September 28,2015) I respectfully proceed to file a Writ of Mandamus for the following reasons.

My application for a Writ of Habeas Corpus Article 11.07 was received by the Court of Harris County and filed (February 13,2014) and styled (CAUSE No: 9424768-D)

The said Court failed to transmit my application for a writ of habeas corpus 11.07 to the Court of Criminal Appeals of Texas after the 35 day time period.

The trial Court also failed to ensure compliance with statues dealing with actions to be taken on habeas petitions by not completing all work required within specified limits or by entering orders designating unresolved issues for resolution.

RECEIVED COURT OF CRIMINAL APPEALS

SEP 30 2015

Abel Acosta, Clerk

## 1. Mandamus key 16(1)
Application for original writ of mandamus compelling district court judge to act on petition for writ of habeas corpus was rendered moot after judge complied with appellate court's order requiring reasons for delay in acting on petition and after application for writ of habeas corpus was received by appellate court.

## 2. Habeas Corpus key 689
Trial courts must ensure compliance with statues dealing with actions to be taken on habeas petitions, either by completing all work required within 35-day time limit or by entering orders designating unresolved issues for resolution. Vernon's Ann.Texas C.C.P. art. 11.07, §§ 1 et seq.,2(b-d).

The Legislature provided a total of thirty-five days in which the State may respond to a petition and in which the trial court may determine whether facts to be resolved, and, if there are such issues, to enter an order designating those issues for resolution. Art. 11.07, § 2(b) and (c). V.A.C.C.P.

There is no authority granting the trial courts to extend the limits without the entery of such an order. Art. 11.07, § 2(d),V.A.C.C.P.
see: McCree v. Hampton 824 sw.2d 578 (Tex.Crim.App 1992)

In the matter of (CAUSE No:9424768-D) application for writ of habeas corpus, the following issues need resolution.

1. Whether applicant is actually innocent;
2. Whether applicant was denied a fair trial;
3. Whether applicant was denied a effective assistance of counsel in trial;
4. Whether an illegal enhancement paragraph was used;and
5. Whether the trial court abused its discretion.

## PRAYER

I pray that the Court of Criminal Appeals of Texas grant me leave to file this Writ of Mandamus requesting the transmission of my said application and reason for delay.

Sincerely,
*Francisco Gomez*
Francisco Gomez #742398
Wynne Unit
810 fm 2821
Huntsville,Texas 77349

This document contains some pages that are of poor quality at the time of imaging.